# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| TANGELO IP, LLC, § § PLAINTIFF, § § V. § § EUROMARKET DESIGNS, INC. D/B/A § CRATE & BARREL ET AL. § § DEFENDANTS. § | Civil Action No. 2:15-cv-01693-JRG <u>**LEAD CASE**</u><br><br>**JURY TRIAL DEMANDED** |
| WAL-MART STORES, INC. ET AL. § § | Civil Action No. 2:15-cv-01697-JRG |

## <u>ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE</u>

CAME ON THIS DAY for consideration of the Joint Motion to Dismiss with Prejudice (Dkt. No. 58) all claims and counterclaims asserted between plaintiff Tangelo IP, LLC and defendants Wal-Mart Stores, Inc., and Wal-Mart.com USA, LLC in this case, and the Court being of the opinion that said motion should be **GRANTED**, it is hereby

**ORDERED** that all claims asserted in this suit between plaintiff Tangelo IP, LLC and defendants Wal-Mart Stores, Inc., and Wal-Mart.com USA, LLC are hereby dismissed with prejudice, subject to the terms of that certain agreement entitled "SETTLEMENT AND LICENSE AGREEMENT" and dated March 23, 2016.

It is further **ORDERED** that all attorneys' fees and costs are to be borne by the party that incurred them.

The Clerk is **ORDERED** to terminate Defendants Wal-Mart Stores, Inc., and Wal-Mart.com USA, LLC in lead case 2:15-cv-01693-JRG. The Clerk is directed to **CLOSE** member case 2:15-cv-01697-JRG. Any and all motions between Plaintiff and Defendants

- 2 -

Wal-Mart Stores, Inc., and Wal-Mart.com USA, LLC in this lead case or member case that are presently unresolved are hereby terminated as **MOOT**.

**So ORDERED and SIGNED this 13th day of April, 2016.**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE